IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00671-EWN-PAC

TREVOR P. JONES,

    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections;
RICK SOARES, Warden, Limon Correctional Facility, Limon, Colorado; and
KEN SALAZAR, Attorney General, State of Colorado,

    Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Nottingham, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 2nd day of June, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    JUDGE, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO